LEROY, WELLS, SHAW & HORNTHAL v. JOHN T. TAYLOR, JR.

No. 701DC276

(Filed 15 July 1970)

**Appeal and Error § 44— failure to file brief on time**
Appeal is dismissed for failure of appellant to file the brief within the time allowed by the Rules of Practice in the Court of Appeals. Rule No. 28.

APPEAL by defendant from order of *Horner, District Judge,* 5 March 1970 Session, PASQUOTANK District Court.

On 6 October 1969 plaintiffs filed their complaint in Pasquotank District Court asking for judgment against defendant in amount of $720.00 plus interest and costs. On 20 October 1969 defendant filed his answer denying any indebtedness to plaintiffs. Jury trial was not requested in the complaint or in the answer. On 13 January 1970 defendant filed a motion requesting and demanding trial by jury of all issues of fact raised or to be raised in the action. On 5 March 1970 Horner, District Judge,

following a hearing, entered an order denying defendant's motion, from which order defendant appeals.

*J. Fred Riley for plaintiff appellees.*

*John T. Taylor, Jr., pro se.*

BRITT, J.

The record on appeal in this case was filed on 30 April 1970 and the case was duly calendared to be argued in this Court on 30 June 1970. Defendant appellant's brief was due to be filed by noon of 9 June 1970 but had not been filed when the case was called for arguments on 30 June 1970. Plaintiffs' motion to dismiss the appeal pursuant to Rule 28 of the Rules of Practice in the Court of Appeals of North Carolina is allowed.

Appeal dismissed.

BROCK and HEDRICK, JJ., concur.